

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00179-CV

---

Madison Realty Capital, L.P.; RC PV Lender I LLC;
Russell A. Malphurs; Aida Villegas; and David Garvin, Appellants

v.

JNY Building Owner, LLC; JNY II Building Owner, LLC;
1340 Bob Hope Owner, LLC; and 11751 Alameda Avenue Owner, LLC, Appellees

---

On Appeal from the 205th District Court
El Paso County, Texas
Trial Court No. 2025DCV1925

---

## J U D G M E N T

The Court has considered this cause on the unopposed motion to dismiss appeal and concludes the motion should be granted and the appeal should be dismissed. We further order Appellants to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 15th day of October 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.